AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

FILED
SEP 2 5 2013
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| In the Matter of the Search of<br>the Express Mail package bearing label number EI832722372US, addressed to: "Paula Fisher, 5432 Euclid, St. Louis, MO 63115," from: "Sarah Cross, 1846 E. Fairmount, Phoenix, AZ 85016." | ) ) ) ) Case No.  4:13MJ05162 NAB ) ) ) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____EASTERN____ District of ____MISSOURI____
the Express Mail package bearing label number EI832722372US, addressed to: "Paula Fisher, 5432 Euclid, St. Louis, MO 63115," from: "Sarah Cross, 1846 E. Fairmount, Phoenix, AZ 85016."

The person or property to be searched, described above, is believed to conceal:

controlled substances and/or United States Currency

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before     September 10, 2013
                                                                     *(not to exceed 14 days)*

☑ in the daytime  6:00 a.m. to 10 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
 Nannette A. Baker                                           .
                    *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐for _____ days *(not to exceed 30)*.
                                                ☐until, the facts justifying, the later specific date of _____.

Date and time issued: 8/28/13 at 5:19    _____
                                                                        *Judge's signature*

City and state:   St. Louis, MO                  Honorable Nannette A. Baker, U.S. Magistrate Judge
                                                                        *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 4:13MJ05162 NAB | Date and time warrant executed: 08-28-13  3:45 PM | Copy of warrant and inventory left with: N|A |

Inventory made in the presence of:
TFO Chris Moss

Inventory of the property taken and name of any person(s) seized:

Express Mail parcel EI832722372US
+ Packaging Material
+ 1 bundle (vacuum sealed) of Marijuana weighing approximately 1 lb 1.6 ozs.
- Field test positive

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 09-25-2013

Executing officer's signature

Joseph L. Widlowski, Postal Inspector
Printed name and title